# CIVIL CAUSE FOR PREMOTION CONFERENCE
# BEFORE: JUDGE ROSLYNN R. MAUSKOPF

DATE & TIME: 4/4/13
CASE NUMBER: 12-md-2413

CASE TITLE: **In Re: Frito –Lay North America, Inc, All Natural Litigation**

Plaintiff Gengo: Ariana Tadler/Henry Jan Kelston
  X  Present  ____ Not Present

Plaintiff Shake: Kim Richman/Michael Robert Reese
  X  Present  ____ Not Present

Plaintiff Zuro: Paul Dans
  X  Present  ____ Not Present

Defendant: Jason Robert Meltzer/ Andrew Tulumello
  X  Present  ____ Not Present

COURT REPORTER: Michele Nardone

Briefing schedule on MTD issues and request to stay discovery denied. Briefing schedule set as follows: Defendants shall serve their motion papers by 4/19/13; Plaintiff shall serve opposition papers by 5/31/13; Defendants shall serve their reply papers, if any, on Plaintiff and file their fully briefed motion by 6/26/2013.