

Henry J. Kelston
Direct Dial: 646-733-5747
hkelston@milberg.com

April 23, 2013

<u>VIA ECF FILING</u>

Magistrate Judge Roanne L. Mann
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Frito-Lay North America, Inc. "All Natural" Litigation*, No. 1:12-MD-02413-RRMRLM (E.D.N.Y.)

Dear Magistrate Judge Mann:

We represent Plaintiffs as Interim Co-Lead Counsel in the above-captioned action. This letter is submitted on behalf of all parties to the action.

The parties have been conferring diligently to complete the Initial Conference Questionnaire and to agree on an integrated schedule for fact discovery, expert disclosures, expert depositions and class cert briefing. We have made significant progress but, at this time, a few issues remain unresolved.

The parties are continuing their efforts to minimize the number of disputed items presented to the Court. We anticipate that most, if not all, of the open issues can be resolved in the next day or two. We respectfully request the Court's permission to file the Initial Conference Questionnaire by this Friday, April 26, 2013. We appreciate the Court's indulgence in this matter.

                                                   Sincerely,

                                                   Henry J. Kelston

One Pennsylvania Plaza · New York, New York 10119 · T 212.594.5300 · F 212.868.1229 · milberg.com