# REESE RICHMAN LLP

April 26, 2013

**Via ECF**
Honorable Roanne L. Mann
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>FRITO-LAY NORTH AMERICA, INC. ALL NATURAL LITIGATION.</u>
             Case No. 1:12-md-02413-RRM-RLM (E.D.N.Y.)

Dear Magistrate Judge Mann:

    My firm is the court appointed interim co-lead counsel for plaintiffs in the above-referenced action. I submit this letter to provide information regarding the upcoming initial scheduling conference set for 11:30 a.m. on April 30, 2013. Counsel for the Defendants have reviewed this letter and agree to its content.

    The parties have met and conferred on multiple occasions pursuant to your Honor's April 11, 2013 Order and have no disputes to raise to the Court at this time other than those specified in the Initial Conference Report attached hereto. The parties will continue to work together to make the litigation proceed as smoothly as possible. We look forward to addressing any questions the Court may have at the initial scheduling conference on April 30, 2013.

                                           Respectfully submitted,

                                           Michael R. Reese

Enclosure (Initial Scheduling Conference Questionnaire)

cc:  All Counsel of Record (via ECF)

875 AVENUE OF THE AMERICAS  •  EIGHTEENTH FLOOR  •  NEW YORK, NY 10001
WWW.REESERICHMAN.COM  •  PHONE: 212.643.0500  •  FAX: 212.253.4272