# REESE LLP

**Via ECF**

Honorable Roslynn R. Mauskopf                June 1, 2016
United States District Judge
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Mauskopf:

      Re:   *In re Frito-Lay North America, Inc. "All Natural" Litigation*
             Case no. 12-md-2413-RRM-RLM

      My firm, along with Milberg LLP, are court appointed co-lead counsel for the proposed class in the above-referenced action.

      We write to inform you that parties are in the process of finalizing a minor change to the language of the Proposed Order accompanying Plaintiffs' Motion for Preliminary Approval in the above-referenced action. The parties, therefore, jointly and respectfully request that any ruling on the Motion be deferred until the amended Proposed Order is filed, which we anticipate will occur by June 17, 2016.

                                          Respectfully submitted,

                                          Michael R. Reese

cc:   All counsel of record
       Hon. Richard J. Holwell (Ret.), mediator