# MILBERG LLP

NEW YORK
LOS ANGELES
DETROIT

Henry J. Kelston
Direct Dial: 646-733-5747
hkelston@milberg.com

June 17, 2016

**VIA ECF**

Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

      Re:    *Frito-Lay North America, Inc. "All Natural" Litigation*,
              Case No. 12-MD-2413-RRM-RLM

Dear Judge Mauskopf:

      By letter dated June 1, 2016, (ECF No. 103), Plaintiffs informed the Court that the parties intended to implement a minor change to the language of the Proposed Preliminary Approval Order, (ECF No. 100, Ex. 1 & Ex. E), that was attached to the Joint Declaration of Ariana J. Tadler and Michael R. Reese and filed in support of Plaintiffs' Motion for Preliminary Approval in the above-referenced action.

      After consulting with representatives of state Attorneys General from California, Illinois, New York, Texas, and Washington, in order to prevent any possible misunderstanding, the parties have agreed to clarify their intention that the proposed settlement would not prohibit class members from participating in or receiving benefits from any action initiated by a governmental or regulatory body.

      Accordingly, the parties have agreed to append the following to Paragraph 20 of the Proposed Order: "Provided, however, nothing in this paragraph shall be construed to prohibit Class Members from participating in or receiving benefits from any government or regulatory-initiated enforcement action." Aside from this addition, the Amended Proposed Preliminary Approval Order is identical to the Proposed Order previously submitted.

One Pennsylvania Plaza · New York, NY 10119 · T 212.594.5300 · F 212.868.1229 · milberg.com



   The parties are eager to proceed with the proposed settlement, subject to the Court's approval, and remain available for an in-person or telephone conference to address any questions the Court may have about the settlement or to set a schedule to complete the approval process.

                Respectfully Submitted,

                Henry J. Kelston

cc: All counsel of record (via ECF)
   Honorable Richard J. Holwell (Ret.), mediator

Attachment