**MILBERG LLP**
ARIANA J. TADLER
HENRY J. KELSTON
One Penn Plaza
New York, New York 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
atadler@milberg.com
hkelston@milberg.com

**REESE LLP**
MICHAEL R. REESE
GEORGE V. GRANADE
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
mreese@reesellp.com
ggranade@reesellp.com

*Class Counsel*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *Frito-Lay North America, Inc. "All Natural" Litigation* | Case No. 12-MD-02413-RRM-RLM<br><br>**PLAINTIFFS' NOTICE OF MOTION AND PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that on November 14, 2017, at 11:00 a.m., in the United States District Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable Roslynn R. Mauskopf, Plaintiffs Julie Gengo, Chris Shake, Valarie Zuro, and Deborah Lawson,

on behalf of themselves and the members of the proposed Settlement Class will, and hereby do, move the Court to (1) grant final approval of the Settlement as fair, reasonable, and adequate; (2) confirm certification of the Class pursuant to Rules 23(a) and (b)(2) of the Federal Rules of Civil Procedure for the purpose of the Settlement; and (3) enter the Final Judgment and Order in the forms substantially similar to the previously-filed Exhibits F and G to the Settlement Agreement (ECF No. 100-2).

This motion is based upon this Notice of Motion; the accompanying Memorandum of Law In Support of Plaintiffs' Motion for Final Approval of Settlement; the Joint Declaration of Ariana J. Tadler and Michael R. Reese In Support of (1) Plaintiffs' Motion for Final Approval of Settlement and (2) Plaintiffs' Motion for Awards of Attorneys' Fees, Expenses, and Case Contribution Awards; all the pleadings and documents on file in this action; and such other matters as may be presented at or before the hearing.

Plaintiffs advise the Court that this Motion is unopposed by Defendant.

DATED: October 3, 2017          Respectfully submitted,

**MILBERG LLP**

By: *s/ Ariana J. Tadler*_____
Ariana J. Tadler
atadler@milberg.com
Henry J. Kelston
hkelston@milberg.com
One Penn Plaza, 50th Floor
New York, New York 10119-0165
Tel: (212) 594-5300
Fax: (212) 868-1229

**REESE LLP**

By: *s/ Michael R. Reese*_____
Michael R. Reese
mreese@reesellp.com
George V. Granade
ggranade@reesellp.com
100 West 93rd Street, 16th Floor
New York, New York 10025
Tel: (212) 643-0500
Fax: (212) 253-4272

*Class Counsel*