IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | | |
|---|---|---|
| QUINCY DESHAN BUTLER<br>PLAINTIFF, | § § § | |
| V. | § § | CIVIL ACTION NO. 12-MD-2413 (RRM) (RLM) |
| FRITO-LAY, INC.<br>DEFENDANTS | § § | |

**PLAINTIFF'S MOTION FOR EXCLUSION AND OBJECTIONS TO**

**SETTLEMENT AGREEMENT**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 1 0 2017 ★
BROOKLYN OFFICE

TO THE HONORABLE JUDGE ROSLYNN R. MAUSKOPF,

Comes now, Quincy Deshan Butler, Plaintiff, pro se in the above-entitled and numbered cause, with this, his **Motion For Exclusion and Objections to the "Settlement Agreement"** between Class members enjoined herein against the Defendants named herein, and Plaintiff would show unto the Court the following:

I.

Plaintiff states, that he has not had near enough time to obtain the "Settlement Agreement", research the claims of the aggrieved Class Members, and come to see the same similar settlement agreement, since being notified of the misleading and deceptive practices of the defendants on Sept 10, 2017.

Plaintiff further states, that because he is currently incarcerated at the Eastham Unit- Texas Department of Criminal Justice-Instit. Div., he is prohibited from accessing a computer or calling the Class Counsel, Ariana J. Tadler of Milberg, LLP and Michael R. Reese, of Reese, LLP, freely to discuss the harm and damage done to the Plaintiff herein. Therefore, Plaintiff makes this, his timely motion for exclusion from the current class members and their proposed settlement agreement; and further object to Defendants being relieved or release from future claims; to which I am not bound.

Wherefore, Plaintiff prays, that this Court grant his Motion for exclusion and objections to settlement, to which he is entitled.

Respectfully Submitted,

Executed : October 5, 2017

_Quincy Butler_
QUINCY DESHAN BUTLER

UNSWORN DECLARATION

I ,Quincy Butler, TDCJ# 1899541 , being presently incarcerated at the Eastham Unit-TDCJ - ID, in Houston County,Texas,declare under penalty of perjury that the foregoing is true and correct,Pursuant 28 U.S.C § 1746.

Executed on this the 5th day of October, 2017.

*(signature)*

QUINCY BUTLER
2665 Prison Rd 1
Lovelady,Texas 75851

Certificate of Service

I, Quincy Deshan Butler,TDCJ# 01899541,certify that a true and correct copy of Plaintiff's Motion for Exclusion and Objection to Settlement Agreement has been served on Class Counsel;by pleading same in the U.S. mail,postage prepaid,on this the 5th day of October,2017,addressed to:

Ariana J. Tadler,Attorney at Law
Law Office of Milberg,LLP
One Penn Plaza
New York ,Ny 10115-0165

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
JUDGE ROSLYN R.MAUSKOPT
225 Cadman Plaza East
Brooklyn,NY 11201

Petitioner request that this motion be provided to all parties involved., by Copy!!!

QUINCY BUTLER

Quincy Butler #01899541
2665 Prison Rd 1
Lovelady, Tx 75851

U.S.☮'s Third Court
Clerk of Court
225 Cadnan Plaza East
Brooklyn, NY 11201

NORTH TEXAS TX PDSC
DALLAS TX 750
05 OCT 2017 PM 5 L

USPS

111201-183299

