FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 1 0 2017 ★
BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | | |
|---|---|---|
| CECIL MAX-GEORGE, § | | |
| PLAINTIFF § | | |
| v. § | CIVIL ACTION NO. | 12-MD-2413 (RRM) |
| FRITO-LAY, INC. § | | (RLM) |
| DEFENDANTS § | | |

PLAINTIFF'S MOTION FOR EXCLUSION AND OBJECTIONS TO
SETTLEMENT AGREEMENT

TO THE HONORABLE JUDGE ROSLYNN R. MAUSKOPF:

Comes now, Cecil Max-George, Plaintiff, Pro se, in the above-entitled and numbered case, with this, his Motion For Exclusion and Objections to the "Settlement Agreement" between Class Members enjoined herein against the Defendants named herein; and Plaintiff would show unto the Court the following:

I.

Plaintiff states, that he has not had near enough time to obtain the "Settlement Agreement", research the claims of the aggrieved Class Members, and come to the same or similar settlement aggreement, since being notified of the misleading and deceptive practices of the Defendants on September 18, 2017.

Plaintiff further states, that because he is currently incarcerated at the Eastham Unit-Texas Department of Criminal Justice-Instit. Div., he is prohibited from accessing a computer or calling the Class Counsels, Ariana J. Tadler of Milberg, LLP and Michael R. Reese of Reese, LLP, freely to discuss the harm and damage done to the Plaintiff herein. Therefore, Plaintiff makes this, his timely motion for exclusion from the current class members and their proposed settlement agreement; and further object to Defendants being relieved or release from future claims; to which I am not bound.

Wherefore, Plaintiff prays, that this Court grant his Motion for exclusion and objections to settlement agreement, to which he is entitled.

Respectfully Submitted

Executed: October 3, 2017

Cecil Max-George

1.

Unsworn Declaration

I, Cecil Max-George, TDCJ# 1649987, being presently incarcerated at the Eastham Unit-TDCJ-ID, in Houston County, Texas, declare under penalty of perjury that the foregoing is true and correct. Pursuant 28 U.S.C § 1746.

Executed on this the 3rd day of October, 2017.

_____
Cecil Max-George/Affiant
Eastham Unit, TDCJ# 1649987
2665 Priosn Road #1
Lovelady, Texas 75851

Certificate of Service

I, Cecil Max-George, TDCJ# 1649987, certify that a true and correct copy of Plaintiff's Motion For Exclusion and Objections to Settlement Agreement has been served on Class Counsel, by placing same in the U.S. mail, postage prepaid, on this the 3rd day of October, 2017, addressed to:

Ariana J. Tadler, Attorney at Law
Law Office of Milberg, LLP
One Penn Plaza
New York, NY 10119-0165

_____
Cecil Max-George

CECIL MAX-GEORGE, 1649987
EASTHAM UNIT
2665 PRISON ROAD #1
LOVELADY, TEXAS 75851

Legal Mail



NORTH TEXAS TX P&DC
DALLAS TX 750
09 OCT 2017 PM

U.S. DISTRICT COURT FOR THE EASTERN DIST. OF NEW YORK
U.S. DISTRICT JUDGE ROSLYNN R. MAUSKOPF
UNITED STATES COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

11201-183299