UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

FRITO-LAY NORTH AMERICA, INC.
"ALL NATURAL" LITIGATION

CASE NO. 1:12-MD-02413-RRM-RLM

---

## DECLARATION OF CHRISTOPHER LEACH

I, CHRISTOPHER LEACH, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 the following:

1. As a member in good standing in the Bars of the State of New York and the District of Columbia, I respectfully submit this declaration to confirm Defendant Frito-Lay North America, Inc.'s ("Frito-Lay") compliance with the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA").

2. I am an associate at Gibson, Dunn & Crutcher, LLP, 1050 Connecticut Ave., N.W., Washington, D.C. 20036, (202) 955-8500, attorneys of record for Frito-Lay in the above-captioned matter.

3. On November 19, 2015, Frito-Lay served notice of settlement in this matter, via UPS and U.S. mail upon the appropriate federal and state officials as required under CAFA.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 7, 2017
Washington, D.C.

By: /s/ Christopher Leach
Christopher Leach